ELIZABETH HEYLER, Respondent, *v.* THE NEW YORK NEWS
PUBLISHING COMPANY, Appellant.

Reported below, 71 Hun, 4.
(Argued December 13, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the
Supreme Court in the second judicial department, entered
upon an order made November 8, 1893, which affirmed a
judgment in favor of plaintiff entered upon a verdict, and also
affirmed an order denying a motion for a new trial.

*Simon W. Rosendale* for appellant.

*Louis J. Grant* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

MOLLIE ROTTENBERG, an Infant, etc., Respondent, *v.* HENRY
SEGELKE, Appellant.

Reported below, 6 Misc. Rep. 3.
(Argued December 13, 1895; decided December 19, 1895.)

APPEAL from judgment of the General Term of the
City Court of New York, entered upon an order made
November 27, 1893, which affirmed a judgment in favor of
plaintiff entered upon a verdict, and also affirmed an order
denying a motion for a new trial.

*A. N. Weller* for appellant.

*Max Klein* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.